1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JESSE L. YOUNGBLOOD,

11              Plaintiff,              No.  CIV S-05-0727 LKK DAD P

12        vs.

13   STATE OF CALIFORNIA, et al.,

14              Defendants.            ORDER

15   _____/

16              Plaintiff has requested an extension of time to file a complaint pursuant to the

17   court's order of May 13, 2005.[1]  Good cause appearing, IT IS HEREBY ORDERED that:

18              1.  Plaintiff's June 10, 2005 request for an extension of time is granted; and

19              2.  Plaintiff is granted thirty days from the date of this order in which to file his

20   complaint.

21   DATED: June 15, 2005.

22

23                                      _____
                                        DALE A. DROZD
24   DAD/bb/4                           UNITED STATES MAGISTRATE JUDGE
     youn0727.36
25

26   _____

[1] Plaintiff is advised that documents filed in this case must bear only the assigned case file number.  Documents captioned for filing in more than one of plaintiff's pending cases will be disregarded.