IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE L. YOUNGBLOOD,

    Plaintiff,                  No. CIV S-05-0727 LKK DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.           <u>ORDER</u>

                              /

        Plaintiff has requested an extension of time to file objections to the findings and recommendations which were filed on March 6, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 28, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the March 6, 2006 findings and recommendations.

DATED: April 5, 2006.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:4
youn727.eot