IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE L. YOUNGBLOOD,

    Plaintiff,                        No. CIV S-05-0727 LKK DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                ORDER

_____/

        On March 28, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 6, 2006, denying plaintiff's motion for appointment of counsel, requests for extension of time, requests for USM-285 forms, request for a speedy trial, and application for a writ of possession. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1

1       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed March 6, 2006, is affirmed.
3 DATED: April 20, 2006.

                                                /s/Lawrence K. Karlton
                                                UNITED STATES DISTRICT JUDGE

/youn727.850