1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JESSE L. YOUNGBLOOD,

11            Plaintiff,                    No. CIV S-05-0727 LKK DAD P

12         vs.

13   STATE OF CALIFORNIA, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On May 30, 2006, plaintiff filed a request for an extension of time to file his

18   notice of appeal.  While the assigned district judge has issued an order denying plaintiff's motion

19   to reconsider the undersigned's order filed March 6, 2006, the findings and recommendations

20   recommending that plaintiff's complaint be dismissed without prejudice have neither been

21   adopted nor rejected by the district judge at this time.  Accordingly, plaintiff's request for an

22   extension of time to file a notice of appeal will be denied as premature since judgment has not

23   yet been entered.  Plaintiff is advised that his notice of appeal must be filed within thirty days

24   after judgment is entered.  A motion for extension of time must be made no later than thirty days

25   after the deadline expires and there must be a showing of excusable neglect or good cause.  Also,

26   no extension "may exceed 30 days after the prescribed time or 10 days after the date when the

1

1   order granting the motion [for an extension] is entered, whichever is later."  Fed. R. App. P.

2   4(a)(5)(A)(ii).

3          Accordingly, IT IS HEREBY ORDERED that plaintiff's May 30, 2006 request for

4   an extension of time to file his notice of appeal is denied without prejudice.

5   DATED: June 2, 2006.

6

7   _____

   DALE A. DROZD

8   UNITED STATES MAGISTRATE JUDGE

9   DAD:4
   young0727.eotap

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26