# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE L. YOUNGBLOOD,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>STATE OF CALIFORNIA, The People of; et al.,<br><br>    Defendants - Appellees. | No. 06-16854<br>D.C. No. CV-05-00727-LKK<br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith       [✔]

Explanation: are barred by Heck v Humphrey

_____

_____

_____

_____
Judge
United States District Court

Date: 10/23/06